IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-cr-00092-D-1
NO. 7:15-cr-00092-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN THOMAS ABNEY, SR. | ) |
| JOHN THOMAS ABNEY, JR. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 5, 2016 and August 30, 2016, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendants pleading guilty to 21 U.S.C. § 841, and agreeing to the forfeiture of the property listed in the April 5, 2016 and August 30, 2016 Preliminary Orders of Forfeiture, to wit: (a) $188,148.40 in US Currency; (b) an Armi-TanFoglio .25 caliber pistol bearing serial number MI29345; (c) a Mossberg 20 gauge shotgun bearing serial number P264308; and (d) any and all associated ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 27, 2016 and May 26, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to

1

petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's April 5, 2016 and August 30, 2016 Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the April 5, 2016 and August 30, 2016 Preliminary Orders of Forfeiture is hereby forfeited to the United States. That the United States Marshal Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __9__ of day ___March___, 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

2